UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JERRY WILSON,

      Plaintiff,

v.                                                                                  Case No:        8:19-cv-1553-T-NPM

COMMISSIONER OF SOCIAL
SECURITY,

      Defendant.

_____

**ORDER**

On May 6, 2020, the Court held a hearing on the Amended Motion to Dismiss Case (Doc. 28). In the amended motion, the Commissioner contends Plaintiff Jerry Wilson did not timely submit his portion of the Joint Memorandum, even after three extensions of time. (*See* Docs. 18, 22, 24, 26). At the hearing, Plaintiff's counsel represented he had submitted his portion of the Joint Memorandum to the Commissioner on April 25, 2020. Relying on this representation, the Court denies the Amended Motion to Dismiss and briefly extends the remaining deadlines.

Accordingly, it is hereby **ORDERED**:

(1)    The Amended Motion to Dismiss Case (Doc. 28) is **DENIED**.

(2)    The proposed Joint Memorandum by Commissioner is due to Plaintiff by **June 3, 2020**. The parties shall confer by **June 17, 2020** and file a single Joint Memorandum by **July 15, 2020**.

**DONE** and **ORDERED** in Fort Myers, Florida on May 6, 2020.

_____
NICHOLAS P. MIZELL
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties